# EXHIBIT 1

# Connect your apps and automate workflows

Easy automation for busy people. Zapier moves info between your web apps automatically, so you can focus on your most important work.





TRUSTED AT COMPANIES LARGE AND SMALL





### Integrate
Link your web apps with a few clicks, so they can share data

### Automate
Pass info between your apps with workflows called Zaps

### Innovate
Build processes faster and get more done—no code required

## Zaps connect the apps you use every day



**TRIGGER**
When I get a new email in **Gmail**

**ACTION**
Copy the attachment from **Gmail** to **Dropbox**

**ACTION**
Alert me in **Slack** about the new **Dropbox** file

### Start workflows from any app
Pick a trigger that sets your Zap into motion.

### Finish routine tasks automatically
Zaps complete actions, while you solve more important problems.

### Simple, fill-in-the-blank setup
Point, click, automate. Go from idea to workflow in minutes.

## Zapier handles your busy work
Discover how Zapier makes automation accessible to everyone.

**See how it works**

## More than 2,000 apps, better together

Stick with the tools that work for you. Zapier connects more web apps than anyone, and we add new options every week. We integrate with apps such as **Facebook Lead Ads**, **Slack**, **Quickbooks**, **Google Sheets**, **Google Docs**, & many more!



Sign up for free

## Anyone can build workflows with a few clicks

Our editor was made for do-it-yourself automation. Set up Zaps without developer help.

**See the Demo**

## Flexible plans that fit your needs

### Free forever

Start with the basics as long as you need. Grab free tools that help you do more with your most-used apps.

- ✓ Build one-to-one connections with your apps
- ✓ Automate basic tasks
- ✓ Get help from our top-notch support team

### Premium plans

Get premium tools to build advanced workflows. Our Premium Plans give you the tools to automate more, so you can work less.

- ✓ Plans that start at $20 per month
- ✓ Build more workflows with more steps
- ✓ Create conditional workflows
- ✓ Get priority support
- ✓ Upgrade or downgrade at any time

**Start a 14-day free trial**

No credit card required

## Zapier makes you happier

More than 3 million people rely on Zapier to take care of their tedious tasks.



"If we didn't get these notifications through Zapier, we'd miss important information on how patient funding is going. It's saved us so much time."

**GRACE GAREY, CO-FOUNDER OF WATSI**



"I teach people how to sell their books online. The less code they need the better. Zapier eliminates the need for code."

**PAUL JARVIS, DESIGNER & AUTHOR**



"Zapier quietly works in the background, and you have no idea how much it's helping your life and service without even knowing it."

OPHELIE LECHAT, HEAD OF PRODUCT AT SITEPOINT

## Wave goodbye to your busywork

Don't waste another minute. Create an account now and start saving more time.

Sign up for free

**Apps by Title**

0–9 A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z

| Top Searches | Popular Apps | Trending Apps | Top Apps by Category | Our Best Content |
|---|---|---|---|---|
| Slack Integrations | Dropbox | Twitch | Project Management | Best Video Conferencing Apps |
| Salesforce Integrations | Google Sheets | Printful | Calendar | Best Email Apps |
| HubSpot CRM Integrations | DocuSign | Microsoft To-Do | Email | Best CRM Apps |
| PayPal Integrations | WordPress | Microsoft Outlook | CRM (Customer Relationship Management) | Best Note Taking Apps |
| Asana Integrations | Office 365 | Medium | Marketing Automation | Best Calendar Apps |
| Show more | Show more | Show more | Show more | Show more |

Pricing
Help
Developer Platform
Press
Jobs
Zapier for Companies

Follow us

zapier   makes you happier :)

© 2020 Zapier Inc.   Terms | Privacy | Brand



# Not sure where to start, Quynh?

**That's okay!** If you want to learn more about what Zapier can do for you, try one of these Zap templates. These are pre-made Zaps where we've done most of the heavy lifting and will let you see an example of how a Zap works.





Tomorrow, we'll show you how to connect the apps you use most—and teach you how to create a customized Zap that does your busywork for you.

   

Got a question? Send us a message

© 2020 Zapier, Inc. All rights reserved.
548 Market St #62411, San Francisco, CA 94104-5401

You received this email because you're subscribed to Zapier *Tips & Tricks*.
Want to unsubscribe or change which emails your receive from us?
Update your email preferences

Privacy policy  |  Contact us