# EXHIBIT 2

**Note**: As our world comes together to slow the spread of COVID-19 pandemic, the Zoom Support Center has continued to operate 24x7 globally to support you. Please see the updated Support Guidelines (https://support.zoom.us/hc/articles/201362003) during these unprecedented times.

How can we help?

Zoom Help Center (/hc/en-us)  >  Integration (/hc/en-us/categories/200108426-Integration)  >  Integrations (/hc/en-us/sections/201312655-Integrations)

Getting Started (https://support.zoom.us/hc/en-us/categories/200101697)
Audio, Video, Sharing (https://support.zoom.us/hc/en-us/categories/201137166)
Meetings & Webinars (https://support.zoom.us/hc/en-us/categories/201146643)
Zoom Phone (https://support.zoom.us/hc/en-us/categories/360001370051)
Account & Admin (https://support.zoom.us/hc/en-us/categories/201137176)
Zoom Rooms (https://support.zoom.us/hc/en-us/categories/200108436)
H.323/SIP (https://support.zoom.us/hc/en-us/categories/200110033)
Messaging (https://support.zoom.us/hc/en-us/categories/201137186)
Integration (https://support.zoom.us/hc/en-us/categories/200108426)
On-Premise (https://support.zoom.us/hc/en-us/categories/201146653)
Training (https://support.zoom.us/hc/en-us/sections/201740096)

Recently viewed articles
Virtual Background (/hc/en-us/articles/210707503-Virtual-Background)

Related articles
Getting started with webinar (/hc/en-us/related/click?data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZCEFKeYxmVmZXJyZXJfYXJ0aWNsZV9pZCEaQc8DDoLbG9jYWxlSSKZW4tdXMGOgZFVDoIdXJsSSSl%2BL2hjL2VuLXVzL2FydGlj-9d3fe482d850a20c044fb4f770a63143ec9a48ee)
Live training webinars (/hc/en-us/related/click?data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZCEFY0aWNsZV9pZCEaQc8DDoLbG9jYWxlSSKZW4tdXMGOgZFVDoIdXJsSSI7L2hjL2VuLXVzL2FydGljbGVzLzEx-90cc7434d17164fc79555861c2fb58de6dfc675b)
Virtual Background (/hc/en-us/related/click?data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZCELySPDDoYcmVmZXJyZXJfYXJ0aWNsZV9pZCEaQc8DDoLbG9jYWxlSSKZW4tdXMGOgZFVDoIdXJsSSSl0L2hjL2VuLXVzL2FydGljbGVzLzIx-6426cb59ed626e94a7657525ac108aa7190d471a)
Zoom technical support (/hc/en-us/related/click?data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZCEU4oADDoYcmVmZXJyZXJfYXJ0aWNsZV9pZCEaQc8DDoLbG9jYWxlSSKZW4tdXMGOgZFVDoIdXJsSSSI4L2hjL2VuLXVzL2FydGljbGVzLzEx-2cf06fb901105e63752876b9397e4909f2bc1510)
Frequently asked questions for admins (/hc/en-

# How To Use Zapier

## Overview

With Zapier, you build simple automations called Zaps that work in the background and automate your work.

For example, you can create a Zap that automatically subscribes new Zoom Webinar (/hc/en-us/articles/200917029-Getting-Started-With-Video-Webinar) registrants to a MailChimp list. Or create a Zap that registers a contact for a Zoom Webinar whenever a form is completed or a PayPal purchase is completed.

Every Zap has a trigger (https://zapier.com/developer/documentation/v1/triggers/) app, that kicks off the automation and causes an action (https://zapier.com/developer/documentation/v1/actions/) to happen in another app. Zapier is the connection between these apps and allows you to connect and automate the tools you use to run your business.

This article covers:

- Triggers with Zoom
- Actions with Zoom
- Configuring Zoom and Zapier
- Popular Zaps Using Zoom

## Prerequisites

- Pro, Business, Education, Enterprise or API plan
- Zapier account

## Instructions

### Triggers with Zoom

Triggers mean that when something occurs in Zoom, Zapier causes an action in another app.

Available Triggers with Zoom:

- When a meeting is created
- When a webinar is created
- When a participant registers for a webinar

### Actions with Zoom

Actions mean that when something occurs in another app, Zapier causes an action in Zoom.

Available Actions with Zoom:

- Create a meeting
- Create a webinar
- Register a participant for a one-time webinar

us/related/click?
data=BAh7CjobZGVzdGluYXRpb25fYXJ0aWNsZV9pZwrCLyyM9RTADoYcmVmZXJyZXJfYXJ0aWNsZV9pZGkEQc8DDoLbG9jYWxlSSIKZW4tdXMGOgzFVDoIdXJsSSJKL2hjL2VuLXVzL2FydGljbGUvMjAzMTI0NzM1LTdHbWFpbEV4YW1wbGUGOwhUOglyYW5raQY7CFQ6CXNpZ25JIgEmMjAzMTIwNTc1LTJlZDM4ZGUwOWM1ZjAwZTg5MDkzNmZmNjQxNjlkZTk0N2I3OGM5YmUtOWVhMi00OWY1LWIyZTctOWRmOTYxNzM2MDk1--ef6e86d20c87fce9d7d1c3f4a6b7d8e9f0a1b2c3-dcf76be70a7ad7fcb67448a74575a77fe21abba5)

Case 3:20-cv-07506   Document 3-2   Filed 10/26/20   Page 3 of 6

# Configuring Zoom and Zapier

The following will go over a quick example of how to configure Zoom on Zapier.

1. If you have not already done so, sign up for Zapier (https://zapier.com/sign-up/).

(/hc/article_attachments/115017866643/Screen_Shot_2017-11-20_at_12.42.17_PM.png)

2. Sign in to Zapier (https://zapier.com/login/) and select **Make A Zap**. (https://zapier.com/app/editor)



(/hc/article_attachments/115017688946/Screen_Shot_2017-11-20_at_12.43.48_PM.png)

3. After selecting **Make A Zap**, you will be prompted to select a trigger.



(/hc/en-us/article_attachments/203124715/3SelectTriggerAndAction.png)

(/hc/en-us/article_attachments/203124735/7GmailExample.png)

4. When you add Zoom as either the trigger or action, you will need to connect your Zoom account.



(/hc/article_attachments/115017690726/Screen_Shot_2017-11-20_at_1.46.06_PM.png)

5. Selecting **Connect a Zoom Account** will prompt you to enter the Zoom API Key and Secret for Zapier. This is a different API Key and Secret than the one you use for other integrations.



(/hc/article_attachments/115017690706/Screen_Shot_2017-11-20_at_1.46.19_PM.png)

The Zapier API Key and Secret is under **Integration Authentication** section under the **My Meeting Settings (https://www.zoom.us/profile/setting)** section of Zoom.



(/hc/article_attachments/115017867563/32ad6d44-e0ad-4a4c-93b2-ffe1605081ea.png)

Note: The Key and Secret here have been blocked out for security purposes. Your Key and Secret will not be obscured.

6. Press test to confirm it's working correctly.

(/hc/article_attachments/115017868303/Screen_Shot_2017-11-20_at_1.50.18_PM.png)

7. If entered correctly, the following message will appear.



(/hc/article_attachments/115017690866/Screen_Shot_2017-11-20_at_1.50.33_PM.png)

8. Follow the steps to finish creating your Zap and test your Zap.

   (/hc/en-us/article_attachments/203124775/15TestThisZap.png)

9. Once testing is completed, you can turn on your newly created Zap



(/hc/article_attachments/115017691006/Screen_Shot_2017-11-20_at_1.53.51_PM.png)

10. On your Integrations page in Zoom (https://zoom.us/account/integration#token), you can see any events with Zapier by clicking on **View Configuration**.



(/hc/article_attachments/115017691266/52e7e1b2-103c-4571-8d25-1ced37a428a9.png)

## Popular Zaps Using Zoom

### How to Use Zapier to Register Webinar Attendees

You can use Zapier to automatically register participants for a webinar when they sign up via another app, like a form or an email list. For example, if you're collecting sign-ups for a webinar via a form or a calendar invite, you can build automation (a Zap) that watches for new signups in your form and registers that contact for a webinar automatically. That way, you don't have to manually add webinar registrants by hand.

Here are some of the ways Zoom users are automating their webinar workflows with Zapier.

### How to Use Zapier + a Payment Processor to Register Paid Webinar Attendees

If you are running a paid webinar, you can use Zapier to help register paid attendees to your webinar automatically. To do this, you'll need:

- An app that collects payment from your attendees, like PayPal or Eventbrite. Keep in mind if you're using PayPal to collect payment, you'll need a website, landing page, or similar to embed your PayPal button.
- A Zapier (https://zapier.com/) account
- Host user type must be Pro and be assigned the Webinar License
- Must purchase a Webinar plan (https://zoom.us/webinar) of 100, 500, 1000, 3000, 5000, or 10000 participants

Zapier works in the background, connecting your payment processing app to Zoom automatically. The trigger event in Zapier will be a new order or payment from your payment collection app. For example, the "New Order" trigger in Eventbrite or the "Successful Sale" Trigger in PayPal. That means that every time a successful



order is captured, Zapier will kick off the automated workflow.

Then, you'll set an Action event to "Create Registrant" in Zoom. By clicking "Use this Zap" below, you'll be guided through the setup of this workflow step-by-step.

| | | Add Zoom webinar registrants from new successful PayPal sales | Use this Zap (https |
|---|---|---|---|
| | | Create Zoom webinar registrants from new Eventbrite orders | Use this Zap (https |

See more Zoom (https://zapier.com/apps/zoom/integrations?utm_medium=partner_api&utm_source=widget&utm_campaign=Widget) integrations powered by

zapier

If you are still having difficulty setting up Zoom's Zapier integration, please submit a ticket (/hc/en-us/requests/new).

Was this article helpful?  (/hc/en-us/signin?return_to=https%3A%2F%2Fsupport.zoom.us%2Fhc%2Fen-us%2Farticle_votes)  (/hc/en-us/signin?return_to=https%3A%2F%2Fsupport.zoom.us%2Fhc%2Fen-us%2Farticles%2F203913246-How-To-Use-Zapier)

**About (https://zoom.us/about)**
Zoom Blog (http://blog.zoom.us/)
Customers (https://zoom.us/customer/all)
Our Team (https://zoom.us/team)
Why Zoom (https://zoom.us/zoomisbetter)
Features (https://zoom.us/feature)
Careers (https://zoom.us/careers)
Integrations (https://zoom.us/integrations)
Partners (https://zoom.us/partners)
Resources (https://zoom.us/resources)
Press (https://zoom.us/press)

**Download (https://zoom.us/download)**
Meetings Client (https://zoom.us/download#client_4meeting)
Zoom Rooms Client (https://zoom.us/download#room_client)
Zoom Rooms Controller (https://zoom.us/download#room_controller)
Browser Extension (https://zoom.us/download#chrome_ext)
Outlook Plug-in (https://zoom.us/download#outlook_plugin)
iPhone/iPad App (https://zoom.us/download#client_iphone)
Android App (https://zoom.us/download#mobile_app)

**Sales (https://zoom.us/contactsales)**
1.888.799.9666 (tel:1.888.799.9666)
Contact Sales (https://zoom.us/contactsales)
Plans & Pricing (https://zoom.us/pricing)
Request a Demo (https://zoom.us/livedemo)
Webinars and Events (https://zoom.us/events)

**Support (http://support.zoom.us)**
Test Zoom (https://zoom.us/test)
Account (https://zoom.us/account)
Support Center (http://support.zoom.us)
Live Training (https://zoom.us/livetraining)
Feedback (https://zoom.us/feed)
Contact Us (https://zoom.us/contact)
Accessibility (https://zoom.us/accessibility)
Privacy and Security (https://zoom.us/docs/en-us/privacy-and-security.html)

**Language**
English

 (http://blog.zoom.us/) (http://www.linkedin.com/company/2532259) (http://www.twitter.com/zoom_us) (http://www.youtube.com/zoomeetings) (https://www.facebook.com/zoomvideocommunications)

(http://status.zoom.us)

Copyright ©2020 Zoom Video Communications, Inc. All rights reserved.

