# EXHIBIT 3

  



INTEGRATIONS, PRODUCT, ZOOMTOPIA

# Introducing Zapps, Bringing Best-of-Breed Apps Into the Zoom Experience

**Ross Mayfield**
October 14, 2020 · 4 min read



The "best of breed" strategy is an increasingly popular approach when it comes to choosing and supporting today's workplace applications. Its effectiveness is limited, however, if your team members can't access their apps where, when, and how they need them. We're introducing Zapps to change that.

Zapps give access to best-of-breed applications throughout your Zoom meeting workflow, to be more efficient and effective before, during, and after your virtual meetings, helping to operationalize your best-of-breed strategy and enhance productivity.

Here's more about how Zapps can transform your Zoom experience to make coming together more productive, more delightful, and even more fun.

## What are Zapps?

Zapps are apps that you can use within the Zoom platform to help improve productivity and create more engaging experiences. No more switching between multiple applications on your desktop. Now you can quickly navigate to apps within the Zoom interface to streamline permissions, grant document accessibility, and collaborate on screen.

The first Zapps will be distributed in the Zoom experience by the end of year and open to developers shortly thereafter. Both free and paid Zoom users will have access to these amazing features.

Over 25 launch partners are building Zapps for:

- Collaboration, like Atlassian, Asana, Box, Dropbox, Slack, and Wrike

- Education, like Coursera, Kahoot!, and Kaltura

- Enhancing the meeting and webinar experience and expression, like Cameo, Exer for Exercise classes, and Slido for polls and QA

  

- Sales and marketing, like HubSpot, Chorus, and Gong

- Whiteboarding on a Zoom Room touchscreen device, including Lucidspark, Miro, and Mural

- Support and incident response, like ServiceNow and PagerDuty

## The benefits of Zapps

Zapps help surface all the applications you need to be productive and enable the free flow of information between teams before, during, and after the meeting.

Think of Zapps as an app store right where you need it most — in a Zoom meeting, room, chat, webinar, phone call, and even your contacts directory. Bringing your critical applications directly into the Zoom experience means you can:

- Access multiple applications directly in the Zoom client

- Easily share the document you've been working on, instead of scrambling to find it

- Leverage Zapps before, during, and after your meeting so you don't lose information or productivity

For example, you can use the [Dropbox Zapp](#) to share the document you've been working on. You can put up a poll using the Slido Zapp. Or you can pull up the Asana Zapp and do status updates on your team projects.

Zapps are also unique in supporting the full meeting workflow. A meeting notes Zapp, for example, can be used beforehand to prepare the agenda, during to take notes, and after the meeting as a summary.

## How to use Zapps

You can search and add approved Zapps and integrate them directly into your Zoom account. Based on your own customization, these apps will be available to you on demand across Zoom's portfolio of solutions.

It's fast and easy to open a Zapp in a Zoom session:

- Share a Zapp with one click to screen share and get your team on the same page

- Send a Zapp to directly engage everyone in real-time collaboration. If they haven't added the Zapp yet, they can quickly do so and immediately engage on the shared Zapp page

- Discover and use a new Zapp, even on the fly in a meeting

## What developers need to know

Zapps enable third-party developers to create and distribute apps that enrich the Zoom experience and enhance the meeting workflow to increase productivity. Developers can submit Zapps to Zoom for testing, approval, hosting, and publishing. We've also designed Zapps to give developers a fast and flexible web view canvas to create word of mouth and viral distribution, as well as IT deployment and manageability. To sign for the developer announcements email, visit [zoom.us/zapps](#).

## Summary



launch!

## Don't forget to share this post

   

## You might also like

**ZOOMTOPIA**

### Zoomtopia 2020 Recap: Thank You All For an Epic Virtual Event!

Zoom
October 16, 2020 · 9 min read

**CUSTOMER STORIES, EVENTS, ZOOMTOPIA**

### Our 2020 Innovation Awards Winners Are Making an Impact Using Zoom

Janelle Raney
October 15, 2020 · 4 min read

**PRODUCT, ZOOMTOPIA**

### UCaaS Platform: What's New for Meetings, Phone & Webinar

Zoom
October 14, 2020 · 5 min read



  OUR CUSTOMERS LOVE US

 | Blog

across any device

 

Request a demo    Buy now

**ZOOM IS RANKED #1 IN CUSTOMER REVIEWS**

 

### About
- Zoom blog
- Customers
- Our Team
- Why Zoom
- Features
- Careers
- Integrations
- Partners
- Investors
- Press
- Media Kit
- How to Videos

### Download
- Meetings
- Zoom Rooms Client
- Zoom Rooms Controller
- Browser Extension
- Outlook Plug-in
- iPhone/iPad App
- Android App

### Sales
- 1.888.799.9666
- Contact Sales
- Plans & Pricing
- Request a Demo
- Webinars and Events

### Support
- Test Zoom
- Account
- Support Center
- Live Training
- Feedback
- Contact Us
- Accessibillty
- Privacy and Security

### Language
English

Copyright © 2020 Zoom Video Communications, Inc. All rights reserved. Privacy & Legal Policies | About Ads | Cookie Preferences | Do Not Sell My Personal Information



# Zapps for meetings and experiences

Want to develop a Zapp? Sign up here.

Enter your work email                    Email Me

**Zapps bring best of breed applications into the Zoom experience for seamless productivity and engaging experiences.**

- Discover best of breed apps to use before, during and after a meeting
- Share a Zapp with one click to present in a meeting
- Send a Zapp to engage participants collaboratively





Asana (https://www.youtube.com/embed/FaI9paDtiwc)                    ...
(https://www.youtube.com/embed/ebKEpCe6TXM)                    ...



Backgrounds by Unsplash (https://www.youtube.com/embed/QGUCY2Lmwkc)    ...



Better Meetings with Confluence Cloud (https://www.youtube.com/embed/z3bUH13zgcA)    ...
(https://www.youtube.com/embed/FBvq5UfSghY)    ...





### Box

The Box Zapp for Zoom makes it easy to securely collaborate on Box content in Zoom for improved productivity and team collaboration - before, during, and after the meeting.

The Box Zapp enables you to securely attach, present, and share Box files directly within Zoom. Seamlessly manage file permissions so that you maintain full control of your content before, during, and after Zoom meetings. Using Box to manage, collaborate, and store content, you know your files remain secure and compliant in the cloud.

The Box Zapp for Zoom can help businesses of all sizes securely manage and collaborate on content to drive more productive teamwork from anywhere. While your content remains secure in Box, it's easily and seamlessly available to share whenever you meet with teams in Zoom.

https://www.box.com/ (https://www.box.com/)



### Cameo



### Captions and Transcripts by Rev



### Chorus

▶ (https://www.youtube.com/embed/n2beey4fq3I)



### Coda

▶ (https://www.youtube.com/embed/1cIHZJ3Np0w)



### Coursera

▶ (https://www.youtube.com/embed/LmZdDTZRMps)

 

### Docket

▶ (https://www.youtube.com/embed/mMrOX_5YY9E)

### Dot Collector

▶ (https://www.youtube.com/embed/vcQ1ELhyQKE)

### Dropbox

▶ (https://www.youtube.com/embed/1d7V05156kU)

  

### Engaging Meetings with Trello

▶ (https://www.youtube.com/embed/2xYqDgcUeS0)

### Exer Studio

▶ (https://www.youtube.com/embed/ak3zIzbLCes)

### Gong Zapp

▶ (https://www.youtube.com/embed/dGUBOd6VdKI)

  

### HubSpot

### Kahoot!

▶ (https://www.youtube.com/embed/ErvHEMBGUfc)

### Kaltura Video

▶ (https://www.youtube.com/embed/Yj2lUuV3-wo)

  

▶ (https://www.youtube.com/embed/hp2FSQSE_qU)

▶ (https://www.youtube.com/embed/90uiE9rYi_k)

▶ (https://www.youtube.com/embed/HOWEbK069Ic)



| LoomieLive | Lucidspark | Miro |







| MURAL  ▶ (https://www.youtube.com/embed/xJl0zbAQLzc) ⋯ | PagerDuty  ▶ (https://www.youtube.com/embed/CsQawkw4NQo) ⋯ | Pitch: Collaborative Presentation Software  ▶ (https://www.youtube.com/embed/AtdbA3LRxvA) ⋯ |







| Remix Meetings  ⋯ | Salesforce | ServiceNow  ⋯ |



Slack

Collaborate in Slack channels directly from Zoom Meetings

http://www.slack.com (http://www.slack.com)





| Slack  ▶ (https://www.youtube.com/embed/3Zvvt1F4Ze8) ⋯ | Slido  ▶ (https://www.youtube.com/embed/8fCnuuXR7w8) ⋯ | Superhuman  ⋯ |



SurveyMonkey Zoom App

Create and send polls, surveys and quizzes directly within your Zoom meetings and events. Collect responses real-time and share them your way. Get critical in-meeting feedback, increase attendee engagement and drive better







Thrive Reset

The Thrive Reset Zapp is the first in-meeting app that helps you de-stress in real time directly in the Zoom meeting to prevent virtual fatigue. And it only takes 60 seconds!



| SurveyMonkey Zoom App  ⋯ | Team Playbook by Atlassian  ▶ (https://www.youtube.com/embed/mtyaYlKpjvA) ⋯ | Thrive Reset  ▶ (https://www.youtube.com/embed/CpsHwZrTxCg) ⋯ |





Wrike for Zoom

Enhance Zoom with comprehensive workflow and project management capabilities.

Wrike is powerful online project management software that enables every type of team to accomplish



| Weightwatchers Reimagined  ▶ (https://www.youtube.com/embed/KbsR0P1g7c8) ⋯ | Woven Calendar & Scheduling  ▶ (https://www.youtube.com/embed/kaq9f1nK0U4) ⋯ | Wrike for Zoom  ▶ (https://www.youtube.com/embed/K108Ri4sA4Q) ⋯ |

▶ (https://www.youtube.com/embed/Q91FtQvngow) ⋯





**About (/about)**

Zoom Blog (http://blog.zoom.us/)
Customers (/customer/all)
Our Team (/team)
Careers (/careers)
Integrations (/integrations)
Partners (/partners)
Investors (https://investors.zoom.us/)
Press (/press)
Media Kit (https://zoom.us/media-kit)
How to Videos (/resources)

**Download (/download)**

Meetings Client (/download#client_4meeting)
Zoom Rooms Client (/download#room_client)
Browser Extension (/download#chrome_ext)
Outlook Plug-in (/download#outlook_plugin)
Lync Plug-in (/download#lync_plugin)
iPhone/iPad App (/download#client_iphone)
Android App (/download#mobile_app)
Zoom Virtual Backgrounds (https://zoom.us/virtual-backgrounds)

**Sales (/contactsales)**

1.888.799.9666 (tel:1.888.799.9666)
Contact Sales (/contactsales)
Plans & Pricing (/pricing)
Request a Demo (/livedemo)
Webinars and Events (/events)

**Support (http://support.zoom.us)**

Test Zoom (/test)
Account (/account)
Support Center (http://support.zoom.us)
Live Training (/livetraining)
Feedback (/feed)
Contact Us (/contact)
Accessibility (/accessibility)
Privacy and Security (/docs/en-us/privacy-and-security.html)

**Language**

English ▾

**Currency**

US Dollars $ ▾

(http://blog.zoom.us/)
(http://www.linkedin.com/company/2532259)
(http://www.twitter.com/zoom_us)
(http://www.youtube.com/zoommeetings)
(http://www.facebook.com/zoomvideocommunications)

Copyright ©2019 Zoom Video Communications, Inc. All rights reserved.   Privacy & Legal Policies (/legal)   About Ads (/privacy)   Do Not Sell My Personal Information   Cookie Preferences   Security (/security)

