# EXHIBIT 4



Explore

Settings

## Tweet

**Alexander Drechsel** @adrechsel · Oct 14

"best of breed"
"up-level"

And "zapps"? @zapier has had "zaps" for ages, why not come up with a fresh idea?

> **Zoom** @zoom_us · Oct 14
> Today we launched Zapps, or apps in Zoom, with 35+ best of breed partners. Check out the virtual demo day on @ProductHunt to see how these in-meeting apps can up-level your meeting experience.
> producthunt.com/posts/zapps

1 2

## Replies

**Brett Franklin** @BrettFranklin_ · Oct 14
Replying to @adrechsel and @zapier
I wonder if @zapier trademarked the name

1

## More Tweets

**Shivam, recklessly weaving fire** @ghirapurigears · Oct 19
Today's scryfall random is a long time combo enabler and darling of eternal formats and cubes alike

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Alexander Drechsel** @adrechsel Follow
Language nerd, treehugger, web aficionado. One of many @EUinterpreters. Podcaster @langfmpod & @troubleterps. Tech trainer @techforword. Team @dolbarcamp.

**Zapier** @zapier Follow
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

**Zoom** @zoom_us Follow
Bringing the world together, one meeting at a time.

## What's happening

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with #EndSarsNow

Don't miss what's happening
People on Twitter are the first to know.

Log in Sign up

# Explore

# Settings

💬 21          ⇄          ♥ 166          ⬆

**Jose Sentamans Pla** @jsentamans_ · Oct 19          ∨
The #1nt part we don't tweet about and probably should - when we burn
the midnight oil until we know by heart all the terminology for that highly
technical conference or for those two gigs in a day.

No flashy badges here. Simply a certification that must be renewed every
day...

💬 3          ⇄ 5          ♥ 74          ⬆

**Andrii Biesiedin** @ABiesiedin · Oct 19          ∨
Can I get a Zoom interpreter badge? it has brought me more money than
all other platforms combined.

💬 9          ⇄ 2          ♥ 69          ⬆

**Judy Jenner #blacklivesmatter** @language_news · 21h          ∨
Just took a lovely client to lunch. What a pleasure to spend time with an
attorney who's curious, speaks several languages, appreciates the work of
#1nt and wants to do a conference session with me (topic: how good #1nt
influences court cases).  Have a big smile on my face.

💬 2          ⇄ 1          ♥ 48          ⬆

**United Nations DGACM** @UNDGACM_EN · 23h          ∨
Ever think about how multilateral proceedings would grind to a halt
without the high-quality documentation delivered—on time and in all six
official #languages—by @UN #translation staff?

🔍 Search Twitter

Sports · Trending          ∨
**Vinicius**
Vinícius Júnior scores goal within 15 seconds
of entering the game for Real Madrid against
Shakhtar Donetsk
36.2K Tweets

Soccer · LIVE
**Real Madrid vs Shakhtar
Donetsk**
Trending with Marcelo

US elections · LIVE
**California: Election news and
updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ∨   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**



Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up







Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up





Explore

Settings

## Tweet

**Ben Gilbert**
@gilbert

Sure these Zoom integrations are great, but the real killer feature of a Zoom/Slack collab would be detecting the Slack notification noise when I'm on a call and removing it.

Also, just brutal to @zapier to name them "Zapps".

5:48 PM · Oct 14, 2020 · Twitter Web App

**1** Retweet **1** Quote Tweet **40** Likes

**Austin Lieberman** @7AustinL · Oct 14
Replying to @gilbert and @zapier
. @zapier just getting picked on today... first @zoom_us "Zaps" then @loom unveils a remarkably similar logo...

1 3

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people

**Ben Gilbert** Follow
@gilbert
Co-founder, @PSL. Co-host, @AcquiredFM.

**Zapier** Follow
@zapier
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

### What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van Gundy
14.7K Tweets

Sports · Trending

Don't miss what's happening
People on Twitter are the first to know.
Log in Sign up

Twitter

# Explore

⚙ Settings

🔍 Search Twitter

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with #EndSarsNow

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

💬 1                    ↻                    ♡                    ⬆

Show replies

**Stuart Sim** @StuSim · Oct 14
Replying to @gilbert and @zapier
Yeah agreed on Zapier...can't believe it
💬                    ↻                    ♡ 1                    ⬆

**Jeremy Diamond** @Jer_Diamond · Oct 14
Replying to @gilbert and @zapier
I THOUGHT THE SAME THING. Zapier has to be furious
💬                    ↻                    ♡ 1                    ⬆

**Christian** @roguecyber · Oct 14
Replying to @gilbert @brianmcc and @zapier
Wish teams did this between Teams meetings and Teams chat.
💬 1                    ↻                    ♡                    ⬆

**Eric Kerr** @erickerr · Oct 14
Tapps?
💬                    ↻                    ♡ 1                    ⬆

**James Clift** @jamesclift · Oct 14
Replying to @gilbert and @zapier
Try this?

Automated Slack status updates | Holopod
Automatically update your Slack status based on

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**

🐦

# Explore

## Settings

**Michael Babich** @MichaelBabich · Oct 14

Replying to @gilbert and @zapier

Ben, Zoom blocks calls and people around the world based on CCP requests. Particularly in the US. Just to be clear China blocks US users. What a nonsense to integrate it into anything! Companies and gov orgs ban zoom all around the world. Does Silicon Valley live in some bubble?

🔍 Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in　　**Sign up**

10/21/2020     Brett Franklin on Twitter: "Hmm,,, a little confusing between @zapier's zaps and now @zoom_us's zapps" / Twitter

Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 11 of 102



🐦

\# **Explore**

⚙ **Settings**

← **Tweet**

🔍   Search Twitter

**Product Haunt** ✓ @ProductHunt · Oct 14    ⌄
BIG news from @zoom_us

Zoom is launching Zapps, enabling 3rd party developers to create and distribute apps that enrich the Zoom experience.

Which app would you love to see in Zoom?



Zapps - Apps on Zoom | Product Hunt
Zapps, or Apps on Zoom, enable 3rd party developers to create and distribute apps that enrich the Zoom experience and enhance the …
🔗 producthunt.com

💬 12     🔁 46     ♡ 180        ⬆

**Brett Franklin** @BrettFranklin_ · Oct 14    ⌄
Hmm,,, a little confusing between @zapier's zaps and now @zoom_us's zapps

💬     🔁     ♡        ⬆

## More Tweets

**wintbot_neo** @drilbot_neo · Oct 19    ⌄
*sips from a waterbed* i think ill take a big sip *pauses, takes a big sip*

💬 2     🔁 140     ♡ 497        ⬆

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people

**Brett Franklin**
@BrettFranklin_    **Follow**
Director of Finance at the country's largest student-run music festival & Chief Business Director for @Tulane's primary news source

**Product Haunt** 
@ProductHunt    **Follow**
The place to discover your next favorite thing. Emoji spirit of @AngelList   Follow @yourstacks for pancakes   Text the   (415) 481-3148

**Zoom** ✓
@zoom_us    **Follow**
Bringing the world together, one meeting at a time.

### What's happening

US elections · Last night
**Trump's tax records show 'previously unknown bank account' in China, NYT reports**
Trending with China

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**

Brett Franklin 🇺🇸 new🌊 Follow Human 🌊❤️🇺🇸 truth is a little harder to swallow @Zoom_us's zapps" / Twitter



Join Twitter to get the full story with all the live commentary.

Log in

Sign up

Search Twitter

**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**

Trending with  #EndSarsNow

Sports · Trending
**Vinicius**
Vinícius Júnior scores goal within 15 seconds of entering the game for Real Madrid against Shakhtar Donetsk
36.2K Tweets

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Ads info    More ⌄    © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up

10/21/2020

← **Tweet**

🔍 Search Twitter

**Brittany Fuller** @BAMarieFuller · Oct 15
I know everyone is excited about Zoom becoming a platform and all, but in my heart @zapier will always be the one with the zaps.

💬            ⟲            ♡ 1            ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

## More Tweets

**Elie Mystal** ✓ @ElieNYC · Oct 20
15 people were in the Zoom where it happened, the Zoom where it happened.
My God
We've got the thrust
But we'll never really know how much disgust.
Click-mute didn't happen
But 15 people were in the Zoom where it happened.

💬 201            ⟲ 401            ♡ 3.1K            ⬆

**honest jabe** @jaynooch · Oct 20
I have zoom meetings all afternoon but don't worry I'm prepared



💬 31            ⟲ 46            ♡ 1.9K            ⬆

**Yashar Ali** ✓ @yashar · Oct 19
Reaction to the zoom story from most of the people I texted it to:
"What????!!!"

## Relevant people

**Brittany Fuller** @BAMarieFuller    Follow

futurist | tinkering & typing | mama | @fullerfreedom | #cx #prodmgmt

**Zapier** ✓ @zapier    Follow
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

## What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States          ⌄
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van Gundy
14.5K Tweets

US elections · Last night

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**



People are constantly telling me I overdress for Zoom, and you know what? I'm just going to keep right on doing that.

💬 42          🔁 35          ♡ 817                    ⬆️

**Oliver Darcy** ✓ @oliverdarcy · Oct 19

"I believed I was not visible on Zoom. I thought no one on the Zoom call could see me. I thought I had muted the Zoom video."

New Yorker Suspends Jeffrey Toobin for Masturbating on Zoom Call
The call was an election simulation featuring New Yorker all-stars. Toobin apologized for the "embarrassingly stupid mistake."
🔗 vice.com

💬 348          🔁 262          ♡ 288                    ⬆️

**Hakeem Jefferson** ✓ @hakeemjefferson · Oct 19

Pro tip: I just assume zoom is still running long after the call ends.
Sometimes it helps to be anxious about all the things.

🔍 Search Twitter

**Real Madrid vs Shakhtar Donetsk**
Trending with Marcelo

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

# Explore

⚙️ Settings

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in    **Sign up**

Explore

Settings

Soooo, how did everyone else's Zoom calls go today?

💬 56          🔁 10          ♡ 186          ⬆️

**Victor LaValle** ✔️ @victorlavalle · Oct 20          ⌄

If Zoom meetings have taught me anything, it's that we need to replace these janky old window blinds behind me.

💬 4          🔁 3          ♡ 152          ⬆️

**ITS BLACK HISTORY MONTH & BLACK LIVES STILL MA...** · Oct 19          ⌄

I started a new zoom course tonight, and it's the first time i've been in a 'room' with entirely new people who will now know my entirely by my new name & it feels really nice

💬 1          🔁          ♡ 147          ⬆️

🔍  Search Twitter

**Don't miss what's happening**          Log in     **Sign up**

People on Twitter are the first to know.



Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**



Explore

Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up

← **Tweet**



**Chandramouli Dorai**
@moulidorai

Zapier - Zaps
Zoom - Zaps

So, Zap is a common name now for automation?
#automation #techtips

9:21 PM · Oct 18, 2020 · Twitter Web App

**6** Likes

**Viswaprasath** @HeyVP7 · Oct 18
Replying to @moulidorai
For Zoom - its Zapps right ?

**Zapps | Zoom**
Zapps bring best of breed applications into the Zoom

🔍 Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**



**Chandramouli Dorai**
@moulidorai    **Follow**

Marketing Analyst @Zoho. Interested in startups, technology, travel, movies and food. All views are personal.

**What's happening**

Politics · 5 hours ago
**Ivanka Trump and Jared Kushner threaten to sue The Lincoln Project over Times Square billboards**





Explore

Settings

Tweet

Search Twitter

**Chris Lucas** @chris_c_lucas · Oct 15
So @zoom_us is calling their integrations "Zapps" via @MorningBrew. Wonder what @zapier has to say about that?
1

## More Tweets

**Matt** @thedudeabides81 · 18h
Science is pretty damn cool.

> **NPR** @NPR · 18h
> NEW: A NASA spacecraft has successfully touched down on a skyscraper-sized asteroid 200 million miles away, in order to collect rock and dust samples that can be returned to Earth.
> trib.al/kECNqMV

1 2 12

**Pat East** @pateast · 16h
More leaders who understand technology, please

Amazing that she's playing Among Us while streaming on Twitch while some politicians still confuse Google and Apple

> **alex medina** @mrmedina · 17h
> .@aoc just went live on twitch. what a time.
>
> twitch.tv/aoc
> Show this thread

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Chris Lucas** @chris_c_lucas Follow
Entrepreneur building the next great Real Estate platform

**Zoom** @zoom_us Follow
Bringing the world together, one meeting at a time.

**Morning Brew** @MorningBrew Follow
The top business news from Wall Street to Silicon Valley, daily. Let us occupy some space in your inbox bit.ly/2wFk7eQ #Brewcrew

## What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van Gundy

Don't miss what's happening
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

💬 2            🔁            ♡ 8            📤

Show this thread

Chris Lucas @chris_c_lucas · Oct 19                    ⌄
This is why I love the game of hockey. Thanks Doc for your passion for the
game

#ThankYouDoc ✔ @NHLonNBCSports · Oct 19
After 3,750+ Professional and Olympic hockey games, 100 different
verbs used to describe a pass or shot, and 22 Stanley Cup Finals, the
legendary Mike "Doc" Emrick has announced his retirement from
broadcasting.

From hockey fans around the world, we say #ThankYouDoc!

💬            🔁            ♡            📤

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

Sign up

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up



🔍  Search Twitter

Trending with China

World news · LIVE
**Lagos state governor says
authorities are investigating one
fatality, as witnesses report
several protesters shot dead**
Trending with #EndSarsNow

US elections · LIVE
**California: Election news and
updates**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.



Search Twitter

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

10/21/2020
Forbes on Twitter: "@alexrkonrad: Ultimate Zoom source Eric Yuan: @zapier @wadefoster "... interesting..." / Twitter

Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 22 of 102



🐦

\# **Explore**

⚙ **Settings**

← **Tweet**

Forbes ✓ @Forbes · Oct 14

Zoom's videoconferencing tools became ubiquitous in the pandemic. Now CEO Eric Yuan wants his software company to become more of a hub for other kinds of work on.forbes.com/6016G4Bqi by @alexrkonrad



💬 9          🔁 63          ♡ 184          ⬆

Chris @christopherhiti · Oct 14

The name here sounds similar to Zapier... @zapier @wadefoster ... interesting...

💬          🔁          ♡ 2          ⬆

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

**Sign up**

🔍 Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people

**Chris**
@christopherhiti
Entrepreneur, Investor, and Economy Watcher...

Follow

**Forbes** ✓
@Forbes
Official Twitter account of Forbes, the world's leading voice for entrepreneurial success and free enterprise.

Follow

**Alex Konrad** ✓
@alexrkonrad
Senior editor at @Forbes covering venture capital and tech. I run the Midas and Cloud 100 lists. @FortuneMagazine alum. email: akonrad@forbes.com

Follow

### What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with  Pope, Papa

Trending in United States
**Zion**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**

10/21/2020
Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 23 of 102
Roberto D'Anna on Twitter: "@elexiDonut Interesting and a source that is...@zippage was over interesting..." / Twitter



Q Search Twitter

**Mel Brooks**
Comedy legend Mel Brooks publicly endorses
Joe Biden for president
18.6K Tweets

Soccer · LIVE
**Real Madrid vs Shakhtar
Donetsk**
Trending with Marcelo

US elections · LIVE
**California: Election news and
updates**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Ads info    More ⌄    © 2020 Twitter, Inc.

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

10/21/2020
Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 24 of 102
Connor LaCombe on Twitter: "i'm sure @zapier is happy with @zoom_us's new "zapps"... / Twitter

← **Tweet**

**Connor LaCombe** @cnnrlc · Oct 14                                    ⌄
i'm sure @zapier is happy with @zoom_us's new "zapps"...

💬          🔁          ♡ 3          ⬆

## More Tweets

**Charlotte Clymer** ✓ @cmclymer · Oct 19                              ⌄
I mean, sure, why not. On brand for this year.



💬 18          🔁 28          ♡ 328          ⬆

**Connor LaCombe** @cnnrlc · Oct 19                                    ⌄
i drove by an apple street view car like a year and a half ago and made a
mental note to check to see if it ever got posted...

🔍 Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people

**Connor LaCombe**          Follow
@cnnrlc
building @hithrive, big
@carlyraejepsen & javascript fan (in
that order)  Michigander living in
NYC.

**Zapier** ✓          Follow
@zapier
Zapier is automation made for SMBs.
Connect your apps, automate your
work, and have more time for what
matters most. For support, email
contact@zapier.com

**Zoom** ✓          Follow
@zoom_us
Bringing the world together, one
meeting at a time.

### What's happening

World news · 4 hours ago
**Pope Francis calls for civil
unions for same-sex couples**
Trending with  Pope, Papa

Trending in United States                    ⌄
**Zion**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

🐦

\# Explore

⚙ Settings

Connor LaCombe @cnnrlc · 4h                                                                    ⌄
i decided to wear Real Clothes™ today and am feeling next level
productive... wow

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

**Sign up**

🔍  Search Twitter

**Vinícius**
Vinícius Júnior scores goal within 15 seconds
of entering the game for Real Madrid against
Shakhtar Donetsk
36.5K Tweets

US elections · Last night
**Trump's tax records show
'previously unknown bank
account' in China, NYT reports**
Trending with  China

US elections · LIVE
**California: Election news and
updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**

Cannot load the data of state function wrapterm happyWindow zoom_us age zapps Twitter



Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

← **Tweet**



澤山 陽平🐟Coral Capital ✓ @yohei_sawayama · Oct 18
Zapier → Zaps zapier.com/help/create/ba...
Zoom → Zapps zoom.us/docs/en-us/zap...

なるほど🤔

💬 1          🔁 1          ♡ 11          ⬆

**Replies**

浅田慎二 / One Capital @asada23 · Oct 18
Replying to @yohei_sawayama
ZoomAppsの方がしっくりくるかも🤓(長いですが)

💬          🔁          ♡ 1          ⬆

**More Tweets**

福島良典 / Yoshinori Fukushima @fukkyy · Oct 23
yes, sir

上原 仁 / マイネット代表 / 琉球愛 @ueharajin · Oct 23
ケツ持てる人にしか世界は変えれんよ。

🔍 Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**



澤山 陽平🐟 ✓
@yohei_saway...        **Follow**

約150億円を運用するベンチャーキャピタル @coral_capital の創業パートナー | vim派 | #geekVC | 野良エンジニア→JPM IBD→野村證券(NRA)→500 Startups Japan→Coral | 毎月シードファイナンス勉強会 #CoralSchool やってます。申し込みは↓から

Explore

Settings

← **Tweet**



**David Barnard** ✓ @drbarnard · Oct 14

Zapps is a terrible name for Zoom to pick. @zapier has been calling their automations Zaps for years. I immediately thought it was a Zapier partnership (or acquisition). I smell a trademark letter and a quick rebrand. /cc @wadefoster

> **Forbes** ✓ @Forbes · Oct 14
>
> Zoom's videoconferencing tools became ubiquitous in the pandemic. Now CEO Eric Yuan wants his software company to become more of a hub for other kinds of work on.forbes.com/6016G4Bqi by @alexrkonrad

💬 4        ↺        ♡ 3        ↥

**Replies**

**tieshun/** @TieshunR · Oct 14
Replying to @drbarnard @zapier and @wadefoster
Trademark issues aside presumably a very small percentage of zooms customers have ever heard of zapier or zapiers zapps

💬 1        ↺        ♡        ↥

**Aidan Britnell** @aidanbritnell · Oct 14
Replying to @drbarnard @zapier and @wadefoster
At the surface it looks like mission drift. Hopefully they don't become the Dropbox of video conferencing services

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**David Barnard** ✓                    Follow
@drbarnard
Developer Advocate @RevenueCat. Founder @Contrast. Building apps that stand out since 2008. Former recording engineer. @Weather_Up_ @LaunchCenterPro

**Zapier** ✓                           Follow
@zapier
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

**Wade Foster** ✓                      Follow
@wadefoster
Co-founder/CEO @Zapier

**What's happening**

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States
**Zion**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up

Tap Forms @tapforms · Oct 14
Replying to @drbarnard @zapier and @wadefoster
Hmm. And my company name is Tap Zapp Software Inc. No relation to
Zapps though.

View more replies

## Looking for up-to-date info on COVID-19?

Read now

## More Tweets

ANDY @asallen · Oct 19
Did you know—the SONOS logo works so that you can mount their
speakers upside down and it still reads correctly? And it's not just the
name. Even the letterforms (typically bottom heavy) are balanced here
when rotated 180.

Love it when product shapes brand.

18          ↻ 91          ♡ 651

Show this thread

**Search Twitter**

**Vinícius**
Vinícius Júnior scores goal within 15 seconds
of entering the game for Real Madrid against
Shakhtar Donetsk
37.5K Tweets

US elections · Last night
**Trump's tax records show
'previously unknown bank
account' in China, NYT reports**
Trending with China

US elections · LIVE
**California: Election news and
updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**



Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Explore

Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in          Sign up



# Explore

⚙ Settings

🔍 Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up

Explore

Settings

## Tweet

**Don Teague** @don_teague · Oct 15
Anyone have odds on how long @zoom_us's "Zapps" will be around, considering that @zapier has been using the term and idea for, oh, a hell of a lot longer?

2

## More Tweets

**Don Teague** @don_teague · 2h
What is #Forex? Have you heard of Forex? Have asked yourself that very question? What is Forex? I have an answer for you.

What is Forex?
fsu.link

**Don Teague** @don_teague · 5h
It's free, informative and a vital part of your day. Check out #TheMoringBrew today!

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Don Teague**
@don_teague
Follow
Forex Education, Web Design & Hosting. Christmas Lights. Attraction Marketing. Affiliate Marketer. Usually working on 10 things at once.

**Zoom**
@zoom_us
Follow
Bringing the world together, one meeting at a time.

**Zapier**
@zapier
Follow
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

## What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States
**Zion**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up



10/21/2020     Don Teague on Twitter: "Anyone else know of an MLM company that will be around like Lidinz for 20 capital years or pure things that can ad and idea for, oh, a hell of a lot longer?" / Twitter

Case 3:20-cv-07506   Document 3-4   Filed 10/26/20   Page 34 of 102



Twitter

# Explore

⚙ Settings

The Morning Brew
The best content to go with your morning cup of coffee.
🔗 go.donteague.com

**Don Teague** @don_teague · 8h
How great is the #compplan for IM Mastery Academy? Check it out.
Refer 3 people earn $150 a month. Refer 12 people earn $600 a month.
Paid Weekly!

Earn With IM
With IM Mastery Academy's network marketing
compensation plan you could earn with IM by ...
🔗 earnwith.im

**Don Teague** @don_teague · 14h
There are 5 order types in #Forex? Do you know the difference between
them? This blog post will explain it all to you.  fsu.link/ordertypes

**Don Teague** @don_teague · 17h
Want to know how I'm getting one hundred new email contacts a day?

🔍 Search Twitter

Trump's tax records show
'previously unknown bank
account' in China, NYT reports
Trending with  China

World news · LIVE
Lagos state governor says
authorities are investigating one
fatality, as witnesses report
several protesters shot dead
Trending with  #EndSarsNow

US elections · LIVE
California: Election news and
updates

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ⌄  © 2020 Twitter, Inc.

## Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up

Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 35 of 102



🐦

\# **Explore**

⚙ **Settings**

🔍   Search Twitter

**Don Teague** @don_teague · 18h    ▽

Beware of @pulte and @TeamPulte scammers out there. This is a
message I had with a fake scammer.
Be careful out there. Bill is real, but there are scammers out there.

He will NOT ask you for money first.

💬 2     ⇄     ♡     ↑

Show this thread

**Don Teague** @don_teague · 21h    ▽

Wow. I'm having a twitter conversation with @pulte
Way cool.

💬     ⇄     ♡     ↑

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     **Sign up**

10/21/2020                    Don Teague on Twitter: "Anyone else somehow wrong too soon on the virus will be around (and dangerous) for a lot longer than imagined and idea for, oh, a hell of a lot longer?" / Twitter

Case 3:20-cv-07506   Document 3-4   Filed 10/26/20   Page 36 of 102

See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

Sign up



Twitter

Explore

Settings

Search Twitter

Don't miss what's happening

People on Twitter are the first to know.

Log in       Sign up



Twitter

Explore

Settings

**Tweet**

**Jonathan Parisot**
@JoParisot

Zoom calling their new thing "Zapps" is outrageous. I wonder if they just didn't know about Zapier ans zaps (which would be surprising) or if they were just like "fuck it it's 2020, who cares"

**Wade Foster** ✓ @wadefoster · Oct 14
Anyone need some branding help? Zapier's got you covered!
Show this thread

10:13 PM · Oct 14, 2020 · Twitter for iPhone

**2** Likes

**Search Twitter**

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Jonathan Parisot**      Follow
@JoParisot
Building @Actiondesk (YC S19), we let you access and explore your SaaS and database data in real time from a spreadsheet interface. From     , likes

**Wade Foster** ✓      Follow
@wadefoster
Co-founder/CEO @Zapier

**What's happening**

US elections · Yesterday
**CBS says it's undeterred from airing the 60 Minutes interview with Trump after White House makes 'unprecedented' decision to release footage**

NCAA Football · Starts at 5:00 PM
**Fighting Illini at Badgers**

Politics · 2 hours ago
**Netanyahu sidesteps Trump's invitation to take a swipe at Joe Biden in phone call**

US elections · This morning
**Trump described the air in India as 'filthy'**

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





Explore

Settings

## Tweet

**Leon Hitchens** @Leonhitchens · Oct 14
Zapps? Like zaps from Zapier?

> **Ryan Hoover** @rrhoover · Oct 14
> BIG announcement from Zoom producthunt.com/posts/zapps

## More Tweets

**Alex West** @alexwestco · 1h
Today my side project officially became a company. Insane!
17 3 142

**Ryzal Yusoff** @ryzalyusoff · 10h
After years of building products, editing photos, making videos and doing everything else on my life with my 128gb Macbook Air.........I finally got myself a brand new Macbook Pro 2020
15 5 112

**Victor metelskiy** @VictorMetelskiy · 10h
Launched my first ever SAAS

100% No-code!

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Leon Hitchens** @Leonhitchens Follow
marketing strategist @digiboostinc | Startups, B2B SaaS, Small Business | Co-founder ironmic.fm

**Ryan Hoover** @rrhoover Follow
Founder of @ProductHunt, @WeekendFund investor. Real likes, no gimmicks.

## What's happening

US elections · Last night
**Trump's tax records show 'previously unknown bank account' in China, NYT reports**
Trending with China

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report**

Don't miss what's happening
People on Twitter are the first to know.

Log in Sign up

Search Twitter

of entering the game for Real Madrid against
Shakhtar Donetsk
35.8K Tweets

US elections · LIVE
**California: Election news and
updates**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Ads info    More ⌄    © 2020 Twitter, Inc.

Chatmeal - Whatsapp-powered food ordering tool for restaurants | Pr...
Chatmeal allows restaurant owners to create a web page with
interactive digital menu, and to start accepting delivery, takeaway, ...
🔗 producthunt.com

💬 13          ⟲ 13          ♡ 72          ⬆

Show this thread

**Jon Yongfook** @yongfook · 12h
Mid week deployment! @bannerbearHQ now does QR Codes - place a qr
code object on your template and then use the API to change the qr code
destination. Handy for shipping labels, event badges etc.

💬 2          ⟲ 3          ♡ 40          ⬆

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in        **Sign up**

Explore

Settings



Explore

Settings

if that's what's in store for next month, can't imagine what's going to happen in December...

💬 3          ⟲          ♡ 27          ⬆

**Guilherme Rizzo from CSS Scan** @gvrizzo · 11h          ⌄
It's time to learn Chinese!

💬 2          ⟲          ♡ 27          ⬆

**Dan Rowden**   @dr · 3h          ⌄
Today marks five years of us living in Mauritius     AMA

💬 17          ⟲          ♡ 24          ⬆

**Makerlog** @GetMakerlog · 3h          ⌄
hi yes this is your friendly reminder that

🔍 Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**

https://twitter.com/Leonhitchens/status/1316534423412789250          3/6

Startup Idea: A browser extension to leave short sticky notes on webpages

I'd use it to add notes to Twitter people on why I followed them.

💬 6          ↻ 1          ♡ 19          ⬆️

Show this thread

Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up



Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





Explore

Settings

## Tweet

**Madeline Lawrence** @madelinelawren · Oct 15
big announcement - two thoughts

1. Zapps is awfully close with @zapier
2. Can you please update your UX. We've all been polite about it but it's gone on for too long

> **Ryan Hoover** @rrhoover · Oct 14
> BIG announcement from Zoom producthunt.com/posts/zapps

1 1 2

## Replies

**Gil Dibner** @gdibner · Oct 15
Replying to @madelinelawren and @zapier
One non-obvious thing I've learned: products that succeed despite bad UX (early) are (1) doing something very critical and (2) succeeding for non-obvious and thus harder to copy reasons. Bet on them. (E.g. Wix)

1 2

## More Tweets

**Mike Monteiro** @monteiro · Oct 20
The problem with "design thinking" is it assumes the monkeys have yet to type out MacBeth because they haven't pulled a Jira ticket for it yet.

6 18 129

**Povilas Korop** @PovilasKorop · Oct 20
Opinion: it's still ok to have form post with full page refresh, in 2020.

No need to put reactive UX with JavaScript all the time, everywhere.

Good old way still works. Internet is getting faster, pages load almost instantly.

Dont @ me.

14 11 105

**Rahul Mathur** @Rahul_J_Mathur · Oct 20
Didn't realize how many notes I've taken from customer discovery & UX testing - diary #2 filled up!

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people

**Madeline Lawrence** @madelinelawren Follow
Currently young & naïve at @PeakCapitalVC Here for the banter. Over-critical ... spell restau...

**Zapier** @zapier
Zapier is au... Connect yo... work, and h... matters mo... contact@za...

**Ryan Hoov...** @rrhoover
Founder of ... @WeekendF... no gimmicks.

**Peak Capital**
@PeakCapitalVC
We're an early-stage VC 100% managed and backed by entrepreneurs. Smart capital. Hands-on support. We all things marketplace, platform & SaaS in the EU.
**382** Following **2,294** Followers

### What's happening

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with #EndSarsNow

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van Gundy
14.6K Tweets

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Search Twitter

US elections · Last night
**Trump's tax records show 'previously unknown bank account' in China, NYT reports**
Trending with China

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ⌄  © 2020 Twitter, Inc.

5    2    43

**Andy Welfle is at #Button2020**   @awelfle · Oct 19
This is one of the most deceptive UX patterns I've ever heard of, and if you were part of designing and building this, you should absolutely be ashamed.

> **Tonje Ettesvoll** @Unicorn__Voice · Oct 17
> Just took an Uber for the first time in forever. The app said my driver was yes on prop 22. I asked him and he explained; NO, but the msg comes up with every ride and he decided to just click yes to make it go away.
> Thats infuriating, misleading and probably illegal.#NoOnProp22

5    15    42

**Rufus Deuchler** ✓ @rufusd · Oct 20
Oh, and while you're waiting for #AdobeMAX to kick off today, why not update your @creativecloud apps? Just sayin'

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**



Show this thread

Search Twitter

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up

Explore

Settings

← **Tweet**

Aaron Levie ✓ @levie · Oct 14
Sometimes you see a product that obviously is going to become a
platform one day. Zoom is one of those products.



💬 17          🔁 114          ♡ 1K          ⬆

Marcus Gill Greenwood @inventur_es · Oct 14
Zapier be like

💬          🔁          ♡ 6          ⬆

## More Tweets

Marcus Gill Greenwood @inventur_es · 4h

> Patrick Collison ✓ @patrickc · 4h
> ~8 months into the global pandemic, remarkable progress in COVID
> vaccines. NYT has a good summary: nytimes.com/interactive/20.... 11
> different vaccines already in Phase 3 trials. Seems very likely that at
> least some (e.g. Sinovac) will be widely deployed very soon.
> Show this thread

💬          🔁          ♡          ⬆

Marcus Gill Greenwood @inventur_es · 23h
The Chrome bug report on how broken autofill is (it is) is one of the best

🔍   Search Twitter

### New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

### Relevant people

Marcus Gill Greenwo...   **Follow**
@inventur_es
Tinker tailor hacker spy. CEO @UBIO
– makers of the @AutomationCld, the
world's leading web automation
platform. Working with Google,
Trivago, KAYAK and more

Aaron Levie ✓   **Follow**
@levie
Lead Magician (and CEO) at Box (
@box); Huge ABBA fan. I don't fully
endorse anything I say below. Go

### What's happening

World news · 4 hours ago
**Pope Francis calls for civil
unions for same-sex couples**
Trending with  Pope, Papa

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will
be under a new coaching staff led by Stan Van
Gundy
14.4K Tweets

Sports · Trending

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**



See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

Sign up

Don't miss what's happening

People on Twitter are the first to know.

Log in

Sign up

Explore

Settings

Search Twitter

US elections · Last night

**Trump's tax records show 'previously unknown bank account' in China, NYT reports**

Trending with China

US elections · LIVE

**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy

Ads info   More ⌄   © 2020 Twitter, Inc.



# Explore

# Settings

← **Tweet**



**Marcus Tetwiler** @MarcusTetwiler · Oct 15

@zapier would be an interesting place to be today..

> ◯ **Zoom** ✔ @zoom_us · Oct 14
>
> Today we launched Zapps, or apps in Zoom, with 35+ best of breed partners. Check out the virtual demo day on @ProductHunt to see how these in-meeting apps can up-level your meeting experience.
> producthunt.com/posts/zapps

💬                        ⟲                        ♡ 2                        ⬆️

## More Tweets

**Harshit The Cutest star** @Thecuteststar · Oct 20

What did @sidharth_shukla do today ?

#LoneWarriorSidharthShukla

💬 3              ⟲ 125              ♡ 89              ⬆️

**Nicole Asbury** @NicoleAsbury · 23h

Support student journalism

💬              ⟲ 6              ♡ 64              ⬆️

**Nicole Asbury** @NicoleAsbury · 22h

Former Kansas athlete Ben Brownlee had a goal to conquer the top 200 highest peaks in Colorado. @ByBradenShaw talked with family and loved ones of Brownlee, and learned more about the former track athlete's goals and impact on those around him. @KansanNews

🔍 Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Marcus Tetwiler**          Follow
@MarcusTetwiler
ad astra per aspera, F.O.E.

**Zapier** ✔                    Follow
@zapier

Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

**Zoom** ✔                      Follow
@zoom_us

Bringing the world together, one meeting at a time.

## What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States            ⌄
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van Gundy

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**



'A man for others': Through running and hiking, Ben Brownlee was a c...
Former KU runner Ben Brownlee looked to conquer the top 200 highest peaks in Colorado. He died at age 26 due to a climbing ...
🔗 kansan.com

💬        ⟲ 2        ♡ 11        ⬆️

Marcus Tetwiler @MarcusTetwiler · 19h                          ⌄
Yo @TheAthletic your podcast game is limiting your contributors - fix your stuff man common

💬        ⟲        ♡        ⬆️

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

**Sign up**

---

## Explore

## Settings

---

Search Twitter

several protesters shot dead
Trending with #EndSarsNow

Soccer · Trending                                              ⌄
**Vinicius**
Vinícius Júnior scores goal within 15 seconds of entering the game for Real Madrid against Shakhtar Donetsk
37.7K Tweets

US elections · LIVE
**California: Election news and updates**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**

Explore

Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in

Sign up



← **Tweet**

**Martin H. Normark** @MartinHN · Oct 15

So @zoom_us introduces Zapps. Where have I heard that name before? Oh yeah, the connections you set up in @zapier

Zoom Adds Ability To Open Apps Like Dropbox And Slack, Event-Hos…
Now CEO Eric Yuan wants his software company to become more of a hub for other kinds of work.
🔗 forbes.com

**More Tweets**

**Martin H. Normark** @MartinHN · Oct 20
3rd epoch and already #overfitting

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Martin H. Normark**  Follow
@MartinHN
Fully connected

**Zoom** ✔  Follow
@zoom_us
Bringing the world together, one meeting at a time.

**Zapier** ✔  Follow
@zapier
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

**What's happening**

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States ⌄
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van Gundy

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**



Explore

Settings

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

Sign up

Search Twitter

Trending with China

World news · LIVE

**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**

Trending with #EndSarsNow

US elections · LIVE

**California: Election news and updates**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Sign up

Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 54 of 102

Twitter

# Explore

⚙ Settings

Search Twitter



Matthew Guay
@maguay

Wait wait wait @zoom is calling apps inside Zoom Zapps?

...glances over at a half-decade worth of Zaps in my @zapier account...

Introducing Zapps, Bringing Best-of-Breed Apps Into the Zoom Experience - ...
Zapps give you access to best-of-breed applications throughout your Zoom meeting workflow and can help enhance productivity.
🔗 blog.zoom.us

8:57 PM · Oct 14, 2020 · Twitter for iPhone

**13** Likes

Blair Rorani @blairrorani · Oct 14
Replying to @maguay @Zoom and @zapier

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**

Explore

Settings

**Matthew Guay** @maguay · Oct 14
It's actually an interesting strategy as Google has recently announced they're building Meet into their apps, so you could see this being Zoom's push to be that option for non-Google apps.

2 1

Show replies

**Justin Mitchell** @jmitch · Oct 14
Replying to @maguay @Zoom and @zapier
And on the same day that Loom rebranded as Zapier...

1 1

**Matthew Guay** @maguay · Oct 14
lol oh wow you're right, a purple Zapier logo.

Imitation is the sincerest form of flattery, I guess.

1

Show replies

**Andrew Hedges** @segdeha · Oct 14
Replying to @maguay @Zoom and @zapier
And Loom changed their logo to be a purple Zapier logo. We all chalked it up to Mercury being in retrograde

1 4

**Matthew Guay** @maguay · Oct 14
hahahaha

Imitation is the sincerest form of flattery so hey :)

1 2

Show replies

**Blair Rorani** @blairrorani · Oct 14
Replying to @maguay @Zoom and @zapier

← **Tweet**

**Cátia Silvestre** @xweeta · Oct 15

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Matthew Guay** @maguay Follow
Founding editor @capiche. Writer. Amateur photographer. Information architect. Older work: @zapier, @AppStorm. Personal blog: @techinch.

**Zoom** @Zoom Follow
2017?

**Zapier** @zapier Follow
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

## What's happening

US elections · Last night

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up





 Explore

⚙ Settings

🔍  Search Twitter

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with  Pope, Papa

Trending in United States                          ⌄
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van Gundy
14.5K Tweets

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with  Africa, #EndSarsNow

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        **Sign up**



# Explore

# Settings

## Tweet

**Zoom** ✔ @zoom_us · Oct 14
Replying to @zoom_us
Introducing Zapps - apps for Zoom - to make your meetings more
productive... and fun!



Introducing Zapps, Bringing Best-of-Breed Apps Into the Zoom Exper...
Zapps give you access to best-of-breed applications throughout your
Zoom meeting workflow and can help enhance productivity.
🔗 blog.zoom.us

💬 5          ⟲ 71          ♡ 109

**Michael Fairchild** @stormrager51 · Oct 14
Your Zapp branding feels like a rip-off of @zapier's zaps....

---

### See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

**Sign up**

---

🔍  Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people

**Michael Fairchild**          Follow
@stormrager51
Data Engineer @Elastic All views
expressed here are my own and do
not reflect my employers views.

**Zoom** ✔          Follow
@zoom_us
Bringing the world together, one
meeting at a time.

**Zapier** ✔          Follow
@zapier
Zapier is automation made for SMBs.
Connect your apps, automate your
work, and have more time for what
matters most. For support, email
contact@zapier.com

### What's happening

World news · 4 hours ago
**Pope Francis calls for civil
unions for same-sex couples**
Trending with Pope, Papa

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   **Sign up**





### Explore

### Settings

⌕  Search Twitter

authorities are investigating one
fatality, as witnesses report
several protesters shot dead

Trending with  #EndSarsNow

Soccer · LIVE
**Real Madrid vs Shakhtar
Donetsk**
Trending with  Marcelo

US elections · LIVE
**California: Election news and
updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄      © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



Explore

Settings

Tweet

Michele @REVgabba
@revgabba

Last week @zoom_us launched a marketplace w apps that integrate w Zoom (Zapps).

Anyone tried it out? It looks powerful.

Makers can develop Zapps too.

Thoughts on the difference between Zapps & @zapier?

#nocode #MarTech #indiehackers

marketplace.zoom.us/apps

1:31 PM · Oct 21, 2020 · Twitter Web App

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Michele @REVgabba** @revgabba Follow
All things #Marketing. Data rocks. #NoCode citizen. Sales' BFF. Love small business growth & coffee. Hate bullies. #MarTech #GrowthMarketing

**Zoom** @zoom_us Follow
Bringing the world together, one meeting at a time.

**Zapier** @zapier Follow
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

**What's happening**

US elections · Yesterday
**CBS says it's undeterred from airing the 60 Minutes interview with Trump after White House makes 'unprecedented' decision to release footage**

NCAA Football · Starts at 5:00 PM
**Fighting Illini at Badgers**

Politics · 2 hours ago
**Netanyahu sidesteps Trump's invitation to take a swipe at Joe Biden in phone call**

US elections · This morning
**Trump described the air in India as 'filthy'**

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

10/21/2020
Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 60 of 102
mike bartlett on Twitter: "Hey @zapier how y'all doing today after having your logo and zaps nicked by two companies who rhyme with Doom?" / Twitter



← **Tweet**

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up



**mike bartlett** @mydigitalself · Oct 15

Hey @zapier how y'all doing today after having your logo and zaps nicked by two companies who rhyme with Doom?

💬 1          🔁          ♡ 2          ⬆️

## Replies

**Priidu Zilmer** @zilmer · Oct 15

Replying to @mydigitalself and @zapier

Listen, Red Hot Chili Peppers did it like 20 years ago.

💬 1          🔁          ♡          ⬆️

## More Tweets

**Dee Madigan** ✓ @deemadigan · Oct 19

Had to update the @LNPQLD logo again. Honestly, this is a full-time job.

💬 9          🔁 64          ♡ 208          ⬆️

**fiona** @fionais_online · Oct 19

this still might be my favorite logo / glyph i have ever come across

**Relevant people**

**mike bartlett**
@mydigitalself    [Follow]
VP Product @SliteHQ. Founder @Gitchat. Ex @gitlab @Skype @workshare. Wine, steak, snow, mountains, music, father, football and stuff.

**Zapier** ✓
@zapier    [Follow]
Zapier is automation made for SMBs. Connect your apps, automate your work, and have more time for what matters most. For support, email contact@zapier.com

**What's happening**

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van Gundy
14.7K Tweets

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

10/21/2020 Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 61 of 102 rhyme with Doom?" / Twitter

mike barth @mydigitalself · 18h What are some words that rhyme with doom? Asking for a friend... who needs something to rhyme with Doom?

Search Twitter

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with #EndSarsNow

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ✓   © 2020 Twitter, Inc.

💬 6        ↻ 2        ♡ 116        ⬆

**lupa** @its_lupa · Oct 19
Why do people steal my logo?? Just make your own lol

💬 7        ↻ 3        ♡ 81        ⬆

**Comrade Meme Sahab** @SastiComradron · Oct 20
Made a logo for @dawn_com they have still not accepted it.

💬 3        ↻ 25        ♡ 76        ⬆

**diya** @BINKBONK · Oct 19
Need a logo. Who here does logos? I need a logo

💬 42        ↻ 1        ♡ 55        ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up

Case 3:20-cv-07506   Document 3-4   Filed 10/26/20   Page 62 of 102

mike bartnicki @mydigitalself · ... "Does anybody know if having picked up a bucket edge compares did rhyme with Doom?" / Twitter

Explore

Settings

Search Twitter

**Don't miss what's happening**

People on Twitter are the first to know.

Log in

Sign up

10/21/2020
mike bartholomew words "Her enormity of young booties testified for having pled guilty to fucker trigger coupon less than rhyme with Doom?" / Twitter
Case 3:20-cv-07506   Document 3-4   Filed 10/26/20   Page 63 of 102

Twitter

# Explore

# Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up

Case 3:20-cv-07506   Document 3-4   Filed 10/26/20   Page 64 of 102

# Explore

## Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up



Tweet

**Nicholas Scalice**  @nscalice · Oct 15
What a week to be @zapier.

First, Loom rebrands with a very similar icon to Zapier's icon, and now
Zoom comes out with a feature called Zapps.

💬 2          2

**Replies**

**Andrew Davison** @AndrewJDavison · Oct 16
Replying to @nscalice and @zapier
And then their biggest competitor gets acquired for $100m...

💬 1          1

**Ryan Sneddon**  @sneddymobbin · Oct 15
Replying to @nscalice and @zapier

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Nicholas Scalice**          Follow
@nscalice
Helping you generate more leads and
sales with landing pages and growth
marketing. Get my BEST marketing
tips weekly ☐
growthmarketer.co/weekly

**Zapier** ✔          Follow
@zapier
Zapier is automation made for SMBs.
Connect your apps, automate your
work, and have more time for what
matters most. For support, email
contact@zapier.com

**What's happening**

World news · 4 hours ago
**Pope Francis calls for civil
unions for same-sex couples**
Trending with  Pope, Papa

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will
be under a new coaching staff led by Stan Van
Gundy
14.5K Tweets

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**



# Tweets

**Kurt Schlichter** ✓ @KurtSchlichter · Oct 19

1. Join Zoom call

2. Decision-making process

3. Show junk to Zoom call

#CaughtUpOnStep2

💬 34          ↻ 85          ♡ 352          ⬆

**Brian**          @SortaBad · Oct 19

A simple guide for corporate Zoom meetings

1. Pick a quiet spot with good lighting
2. Try to look into the camera
3. Don't start whacking off
4. Mute yourself when not speaking, especially if there's background noise
5. Double-check tip #3, that's a tricky one people mess up

💬 9          ↻ 20          ♡ 208          ⬆

**Vladimir Vukicevic** ✓ @vvuk · Oct 19

Every week, Google Calendar should pick one recurring meeting at your company with more than 5 attendees and just delete it without notice. Give everyone the time back, and see if anyone notices that it's gone. If they want it they'll recreate it.

💬 3          ↻ 17          ♡ 97          ⬆

**John Boda** @TheBodaShow · Oct 19

As a remote worker and someone who has sold software via thousands of zoom, webex, gotomeeting, citrix, etc video calls...I've never once felt the

---

### More Tweets
(in extracted image — displayed heading)

---

**I feel like you copied me.**

GIF

💬          ↻          ♡ 1          ⬆

---

**Search Twitter**

**World news · LIVE**
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with #EndSarsNow

**US elections · LIVE**
**California: Election news and updates**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

Explore

Settings

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**

Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up



Explore

Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up



Explore

Settings

**Tweet**

**Norman Ma**
@darkhorse166

I have to admit, I initially confused Zapps with Zapier.

> **Zoom** @zoom_us · Oct 14
> Today we launched Zapps, or apps in Zoom, with 35+ best of breed partners. Check out the virtual demo day on @ProductHunt to see how these in-meeting apps can up-level your meeting experience. producthunt.com/posts/zapps

2:53 PM · Oct 14, 2020 · Twitter for iPhone

**2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**Norman Ma** @darkhorse166 Follow
backend engineer at @canva, prev. @Atlassian. black lives matter. he/they.

**Zoom** @zoom_us Follow
Bringing the world together, one meeting at a time.

**Product Haunt** @ProductHunt Follow
The place to discover your next favorite thing. Emoji spirit of @AngelList Follow @yourstacks for pancakes Text the (415) 481-3148

**What's happening**

US elections · Yesterday
**CBS says it's undeterred from airing the 60 Minutes interview with Trump after White House makes 'unprecedented' decision to release footage**

NCAA Football · Starts at 5:00 PM
**Fighting Illini at Badgers**

Politics · 2 hours ago
**Netanyahu sidesteps Trump's invitation to take a swipe at Joe Biden in phone call**

US elections · This morning
**Trump described the air in India as 'filthy'**

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

← **Tweet**

**Pete Hancock VII** @peteVII · Oct 14
Replying to @rrhoover
Damnnn just going right after Zapier's lingo

💬 1     🔁     ❤ 1

**Pete Hancock VII** @peteVII · Oct 14
Oh snap and that new loom logo. Rough day for Zapier

💬     🔁     ❤

## More Tweets

**Johnny and Heidi** @JohnnyandHeidi · Oct 19
In case you missed Friday night's INSANITY, our community got us to an 8,035% level hype train! 1,006 subs in 5 minutes....

> Insane Hype Train!! 1,006 Subs in 5 minutes!
> Special thanks to LordOfTheCup, CouveOne and our amazing community for your generosity, love and ...
> 🔗 youtube.com

💬 23     🔁 19     ❤ 77

**Farhad Manjoo** ✔ @fmanjoo · 3h
So many lies, so much hell.

I talked to @BostonJoan about her new "media manipulation casebook" and the flavors of misinfo in 2020, especially a new flexible infrastructure of lies, QAnon.

Here's my @nytopinion column! Please read thanks



🔍   Search Twitter

### New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

### Relevant people

**Pete Hancock VII**
@peteVII    Follow
keeping it positive. now: consultant and advisor, helping startups grow. prev: VP of Sales @ Yelp, Knock. globetrotter.

**Ryan Hoover** ✔
@rrhoover    Follow
Founder of @ProductHunt, @WeekendFund investor. Real likes, no gimmicks.

### What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with Africa, #EndSarsNow

Soccer · LIVE

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**



Opinion | How to Break the Hold of Conspiracy Theories
The big lesson of 2020 is that everything keeps getting more dishonest.
🔗 nytimes.com

💬 2      🔁 17      ♡ 43      ⬆

**Hamish McKenzie** @hamishmckenzie · 2h     ⌄
Writing has been massively undervalued by the last 30 years of the internet.

> **Lenny Rachitsky** @lennysan · 2h
> I'm now earning a higher salary from this newsletter than I did at my last tech job (PM Lead at Airbnb)    twitter.com/lennysan/statu...

💬 2      🔁      ♡ 28      ⬆

**Daniel Sinclair** @_DanielSinclair · 18h     ⌄
"We're not an MCN." When I worked w/ an MCN, the promises were great — but that facade quickly fell apart, and I still had to crawl YouTube's API & crunch PayPal statements to gauge growth. We're still there 7 yrs later. So excited to watch @Stir explode

Stir
Stir builds tools for creators and their collaborators and empowers them to run like great businesses.
🔗 usestir.com

💬      🔁 1      ♡ 13      ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     **Sign up**

🔍 Search Twitter

Trump's tax records show 'previously unknown bank account' in China, NYT reports
Trending with China

US elections · LIVE
**California: Election news and updates**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

🐦

# Explore

⚙ Settings





Twitter

# Explore

⚙ Settings

🔍 Search Twitter

**Grain** @GrainHQ · 11h

Very excited to make @GrainHQ available for everyone today. No more waitlist!

We're launching on @ProductHunt.

And now we also have a Windows app to join our Mac app.

producthunt.com/posts/grain-1-0

Show this thread

💬        ⟲        ♡ 11        ⬆

**Intellimize** @intellimize · 3h

Thanks to our lead investor Addition for helping us grow to help even more marketers through intelligent website optimization. Read more about our plans for our latest funding round of $12M

bit.ly/35ifc37

💬        ⟲ 5        ♡ 9        ⬆

**Jonathon Triest** ✓ @jtriest · 1h
6 more days

💬 3        ⟲        ♡ 8        ⬆

**Pete Hancock VII** @peteVII · Oct 20
This is an excellent read for founders and also startup employees, who often face a crossroads of 1) doing something different 2) applying a playbook from X startup. Those who suggest option #1 are often looked down upon, which is a mistake. Startups should apply both approaches.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        **Sign up**

Twitter

# Explore

⚙ Settings

🔍 Search Twitter

seem very impressive, even to their creators. You have to push through this stage to reach the great work that lies beyond." Early Work: paulgraham.com/early.html

💬          ♻          ♡ 2          ⬆

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

**Sign up**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**

https://twitter.com/peteVII/status/1316521881235869705                    4/5



# Explore

# Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

https://twitter.com/peteVII/status/1316521881235869705                                    5/5

Explore

Settings

**Tweet**

Search Twitter

**Shad** @madladshad · Oct 14
Zapier are going to be so pissed

**Zoom** @zoom_us · Oct 14
Today we launched Zapps, or apps in Zoom, with 35+ best of breed partners. Check out the virtual demo day on @ProductHunt to see how these in-meeting apps can up-level your meeting experience.
producthunt.com/posts/zapps

1 2

## More Tweets

**Shad** @madladshad · 12h
Career progression on LinkedIn summed up in a single picture

1 1 2

**Shad** @madladshad · 9h
How it started How it's going

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Shad** @madladshad Follow
mArKetINg for Real Life Remote = Freedom

**Zoom** @zoom_us Follow
Bringing the world together, one meeting at a time.

**Product Haunt** @ProductHunt Follow
The place to discover your next favorite thing. Emoji spirit of @AngelList Follow @yourstacks for pancakes Text the (415) 481-3148

## What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will be under a new coaching staff led by Stan Van

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Twitter

# Explore

⚙ Settings

🔍 Search Twitter

💬 1

**Shad** @madladshad · 13h

Happy to see MPs standing up to the toxic ideology of CRT and getting it out of our schools at the early stages

> **Andrew Doyle** @andrewdoyle_com · 20h
>
> Fantastic to see the Minister for Equalities @KemiBadenoch clarifying that the promotion of Critical Race Theory in schools is against the law.

**Shad** @madladshad · Oct 19

Once the sensitivity of discussion tones down and we focus solely on one goal, increasing the rate of fathers staying with the kids and improving the family, we're golden.

Until then, let's enjoy our rambling rugged individualism and bark at people.

of entering the game for Real Madrid against Shakhtar Donetsk
36.8K Tweets

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with #EndSarsNow

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ⌄  © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Log in

Sign up

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up







Explore

Settings

**Tweet**

**Product Haunt** @ProductHunt · Oct 14
BIG news from @zoom_us

Zoom is launching Zapps, enabling 3rd party developers to create and distribute apps that enrich the Zoom experience.

Which app would you love to see in Zoom?

Zapps - Apps on Zoom | Product Hunt
Zapps, or Apps on Zoom, enable 3rd party developers to create and distribute apps that enrich the Zoom experience and enhance the ...
producthunt.com

12 46 180

**The Hangriest Marketer** @tim_schaaf · Oct 15
Sorry but @zapier already controls the use of the verb 'Zap' and all variations.

Side-eye.

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Hangriest Marke...** @tim_schaaf Follow
Marketing Tech Leader @Cargill, Father of 3, Developer Lead | Science | Node/Express & Python | APIs, Data & Integrations | opinions = mine | #B2B

**Product Haunt** @ProductHunt Follow
The place to discover your next favorite thing. Emoji spirit of @AngelList Follow @yourstacks for pancakes Text the (415) 481-3148

**Zoom** @zoom_us Follow
Bringing the world together, one meeting at a time.

## What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Trending in United States

Zion

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

# Explore



## Settings

GIF

💬    ⟲    ♡ 1    ⬆

## More Tweets

**Jenn Kunz** @Jenn_Kunz · Oct 20    ⌄
I asked the 12yo how his first day back at school, in a mask for 8 hours went:
"Just fine, didn't bug me at all. But man, if you don't do a great job brushing your teeth, it becomes apparent REALLY FAST."
This may finally get him to do what I've been telling him for years.

💬 1    ⟲    ♡ 18    ⬆

**Jan Exner @ Adobe** @jexnerW4D · 22h    ⌄
The "Adobe Client Data Layer" Extension is now live
exchange.adobe.com/experienceclou...

> **Jan Exner @ Adobe** @jexnerW4D · Oct 20
> The Adobe Client Data Layer
> webanalyticsfordevelopers.com/2020/10/20/the...

💬    ⟲ 6    ♡ 13    ⬆

**Till** @oarsi · 9h    ⌄
Seeing Google Cloud Platform Big Query in an Adobe Webinar is weird... really weird, even if it makes sense :) #AEP

💬    ⟲    ♡ 12    ⬆

**Tim Wilson** @tgwilson · 5h    ⌄



🔍   Search Twitter

Soccer · LIVE
**Real Madrid vs Shakhtar Donetsk**
Trending with Marcelo

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with #EndSarsNow

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**



Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 80 of 102

Explore

Settings

Search Twitter

Me looking at my @actblue contribution history: "I'm more accurate when I make statements as an analyst."

1 1 11

**Nancy Koons** @nancyskoons · 17h
Timeline palate cleanse from Colorado:

2 11

**Frederik Werner** @frederikwerner · 2h
Hey look, @ericmatisoff sent me a new shirt! Thank you so much!
Fun challenge: Can you spot all the @Adobe logos in this photo?

4 8

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

🐦

\# **Explore**

⚙ **Settings**

you examples of "Jobs data" with great outcome.
marketinganalyticssummit.de/programm/
#marketinganalytics #MASConf #dataanalytics #AI #datascience

💬          ♻ 2                    ♡ 8                    ⬆

**The Hangriest Marketer** @tim_schaaf · Oct 20                    ⌄
YOUR FORMS DON'T MATTER....

... as much as what you do with the submissions, your product, how you
get people to the forms, etc.

💬                    ♻                    ♡                    ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      **Sign up**

The Hangriest Marketer on Earth on Twitter: "Form_DSM1.mt14 approx. ready is 1.0.26/20 ve very age about. Side-eye. https://t.co/YGlDcmj7ji" / Twitter

# Twitter

## Explore

## Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

# Explore

# Settings

← **Tweet**

**Tim O'Neill** @timwoneill · Oct 16
@gavinappel I bet @zapier are pissed at @zoom_us for launching "Zapps".
They at least could have given them early access to create a Zap Zapp

> **Ignition Lane** @IgnitionLane · Oct 16
> Weekly Wrap #24 is out: APIs Eat The World, Startup Babies and An
> ASX Pop featuring @twilio, @segment, @startmate, @JigSpace,
> @Twinecollective, @redbubble, @Aussie_BB, @roubler_HQ, @canva &
> more. Have a read and subscribe today!
> ignitionlane.substack.com/p/weekly-wrap-...

💬        ⟲ 1        ♡ 2        ⬆

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

**Sign up**

🔍 Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Tim O'Neill**                    Follow
@timwoneill
Interested in all things digital, cars,
skiing and wine.

**Gavin Appel**                    Follow
@gavinappel
Founder & CEO @IgnitionLane

**Zapier**                     Follow
@zapier
Zapier is automation made for SMBs.
Connect your apps, automate your
work, and have more time for what
matters most. For support, email
contact@zapier.com

## What's happening

World news · 4 hours ago
**Pope Francis calls for civil
unions for same-sex couples**
Trending with  Pope, Papa

Trending in United States                    ⌄
**Zion**
In his sophomore season, Zion Williamson will
be under a new coaching staff led by Stan Van
Gundy

**Don't miss what's happening**                    Log in    **Sign up**
People on Twitter are the first to know.



Explore

Settings

Search Twitter

Trending with China

Soccer · LIVE
**Real Madrid vs Shakhtar Donetsk**
Trending with Marcelo

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up





← **Tweet**

**Trev** @tlifenuggets · Oct 14
Zoom apps = zapps. Hmmm. How does @zapier feel about that?

♡ 1

**More Tweets**

**Elie Mystal** ✔ @ElieNYC · Oct 20
15 people were in the Zoom where it happened, the Zoom where it happened.
My God
We've got the thrust
But we'll never really know how much disgust.
Click-mute didn't happen
But 15 people were in the Zoom where it happened.

💬 201        ⟲ 401        ♡ 3.1K

**Fortune Feimster** ✔ @fortunefunny · Oct 19
Do dudes ever not touch their wieners?? Asking for a zoom.

💬 109        ⟲ 81        ♡ 2.3K

**Jack Posobiec** ✔ @JackPosobiec · Oct 20
I never want to see a Vox zoom meeting

💬 151        ⟲ 525        ♡ 2.3K

**Search Twitter**

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Trev**
@tlifenuggets
create the world you wish to see and
bring some friends along

Follow

**Zapier** ✔
@zapier
Zapier is automation made for SMBs.
Connect your apps, automate your
work, and have more time for what
matters most. For support, email
contact@zapier.com

Follow

**What's happening**

World news · 4 hours ago
**Pope Francis calls for civil
unions for same-sex couples**
Trending with Pope, Papa

Trending in United States
**Zion**
In his sophomore season, Zion Williamson will
be under a new coaching staff led by Stan Van
Gundy
14.6K Tweets

World news · LIVE
**Lagos state governor says**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up



18 121 1.4K

**Cassie Trueblood** @cctrueblood · Oct 20
Let's talk about the NW Community Bail Fund. For starters, they have bailed out almost every single protester held on bail during the current civil rights movement in Seattle. This is obviously an invaluable service to the movement and those out on the streets protesting.

3 473 1.1K

Show this thread

**Leslie McAdoo Gordon** @McAdooGordon · Oct 19
Can I say that that's too casual for a professional Zoom call?

> **The Federalist** @FDRLST · Oct 19
> CNN Analyst Jeffrey Toobin Suspended After Exposing Himself During Zoom Call
> thefederalist.com/2020/10/19/cnn...

236 219 1.1K

**Dave Matt** @davematt88 · Oct 20
I read somewhere that if you make too many Zoom calls you could go blind.

141 132 1K

**Enebong Ephraim** @EnebongEphraim · Oct 19
Did the CEO of Zoom post this??

> **The Daily Texan** @thedailytexan · Oct 19
> OPINION: Online learning may not be as bad as it's made out to be.
>
> bit.ly/2IL8KKw

27 515

**Christian Schneider** @Schneider_CM · Oct 19
The only acceptable way now to log off a Zoom call

Explore

Settings

Search Twitter

**Vinicius**
Vinícius Júnior scores goal within 15 seconds of entering the game for Real Madrid against Shakhtar Donetsk
37.2K Tweets

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Search Twitter

GIF

13     54     308

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

🐦

# Explore

⚙ Settings

🔍 Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Case 3:20-cv-07506 Document 3-4 Filed 10/26/20 Page 89 of 102

Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up



### Tweet


## Explore


## Settings

Derek Shanahan @dshan · Oct 14

I shared my thoughts on Zoom's big Zapps launch today over at PH. Thoughts? @producthunt



Zapps - Apps on Zoom | Product Hunt
Zapps, or Apps on Zoom, enable 3rd party developers to create and distribute apps that enrich the Zoom experience and enhance the ...
🔗 producthunt.com

💬 1          ⟲          ♡          ⬆️

Tyler the friendly ghost @thursdayschild · Oct 14
I wonder how Zapier feels about the name "Zapps"

💬 1          ⟲          ♡ 1          ⬆️

### Replies

Jared Carey @_jpcarey · Oct 14
Replying to @thursdayschild @dshan and @ProductHunt
Not Zappy?

💬          ⟲          ♡ 1          ⬆️

### More Tweets

Night of the Living Deb ✔️ @debontherocks · 16h

---

🔍 Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

### Relevant people

Tyler the friendly gh...          Follow
@thursdayschild
he/him. Support Enginer
@timescaledb. Tweets are mine. He's just this guy, you know? Smooth Peanut butter. Don't @-me.

Derek Shanahan          Follow
@dshan
VP Growth @movewithexer, prev GM @SuperRewards (acqd @perk), founder @foodtree (acqd @mobify)

Product Haunt ✔️          Follow
@ProductHunt
The place to discover your next favorite thing. Emoji spirit of @AngelList   Follow @yourstacks for pancakes   Text the   (415) 481-3148

### What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Soccer · LIVE
**Real Madrid vs Shakhtar**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

**Tyler the friendly ghost** @thursdayschild · 16h
Because I have no self-control, I'm trying out Downtime on iOS. Just disabled every work-related app after 9pm until 6am. Let's see how this goes!

💬          🔁          ♡ 6          ⬆️

# See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

**Sign up**

🔍 Search Twitter

Vinicius Júnior scores goal within 15 seconds of entering the game for Real Madrid against Shakhtar Donetsk
36.5K Tweets

World news · LIVE
**Lagos state governor says authorities are investigating one fatality, as witnesses report several protesters shot dead**
Trending with #EndSarsNow

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          **Sign up**



Explore

Settings

Search Twitter

**Don't miss what's happening**

People on Twitter are the first to know.

Log in          Sign up

# Explore

# Settings

← **Thread**

**Vlad A. Ionescu** @VladAIonescu · Oct 14
At first I thought this is a Zapier integration

Zapier workflows are called Zaps

This is going to confuse people

> ⬤ **Ryan Hoover** ✓ @rrhoover · Oct 14
> BIG announcement from Zoom producthunt.com/posts/zapps

💬 1      ♡ 3

**Vlad A. Ionescu** @VladAIonescu · Oct 14
CC @zapier

## More Tweets

**Jonathan Carter** @LostInTangent · Oct 20
I've started to incorporate flash cards into my learning workflow, and I realized that I wanted to be able to maintain and review these decks within @code, and store them in GitHub (gists or repos). So I created an extension to do that    It's early, but already quite useful



## Search Twitter

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people

**Vlad A. Ionescu**    **Follow**
@VladAIonescu
vladaionescu.com. Founder
@EarthlyTech. Founder @ShiftLeftInc
. Ex @Google. Ex @VMware. Creator
of @LeverOScom. Co-author
@RabbitMQ Erlang client

**Ryan Hoover** ✓    **Follow**
@rrhoover
Founder of @ProductHunt,
@WeekendFund investor. Real likes,
no gimmicks.

### What's happening

World news · 4 hours ago
**Pope Francis calls for civil unions for same-sex couples**
Trending with Pope, Papa

Sports · Trending
**Vinicius**
Vinícius Júnior scores goal within 15 seconds of entering the game for Real Madrid against Shakhtar Donetsk
35.8K Tweets

US elections · Last night

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign up**

Explore

Settings

💬 8        ⟲ 31        ♡ 195        ⬆

Show this thread

**Jason Warner** @jasoncwarner · Oct 20
Everyone wonders what the next Figma or GitHub or HashiCorp will be.

Jam is it.

It's fun. It's needed. It's for a very specific customer and their problem in an ever expanding area.

(Caveat: tiny investor, huuuuuge fan)

> **Jam** @scoopsofjam · Oct 20
> And...we are live! 🎉 hope you like this movie we made about Jam.dev

💬 3        ⟲ 8        ♡ 75        ⬆

**charoo** @charoo_anand · Oct 20
started this year typing up lecture notes in latex and adding them to a git repo...today i'm watching a recording from last week at 1.5x speed, taking screenshots every couple of mins and dragging them into a folder on my desktop

💬 2        ⟲ 1        ♡ 73        ⬆

**Tantacrul** @Tantacrul · Oct 20
Interface question: when working with software, what do you use to trigger 'Undo' / 'Redo'?

| Buttons in the UI |
| Shortcuts |
| Right click(context) menu |
| Top 'Edit' menu |

1,506 votes · 18 hours left

💬 46        ⟲ 10        ♡ 61        ⬆

**jake** @callmeshitto · Oct 19
stackoverflow is down. i now longer know how to do anything

Search Twitter

**Real Madrid vs Shakhtar Donetsk**
Trending with  Marcelo

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        **Sign up**



Search Twitter

Explore

Settings

BTW, this is the benefit of including your documentation in the repo. You can block PRs until the documentation is also updated!



💬 4      🔁 1      ♡ 37

**JavaScript Teacher** @js_tut · Oct 19

As a back-end developer, most of your work will consist of writing API end points. Here are mine and I'm just starting out. When hired you're likely to be doing API work regardless of front or back-end :)

💬 2      🔁 6      ♡ 30

**Gautam Kamath** @thegautamkamath · Oct 19

Serious boomer question: what's the etiquette on ⚬⚬-ing your own @github repos? Is this something you're supposed to do, or is it akin to liking your own Facebook posts and/or tweets?

💬 6      🔁 1      ♡ 29

**Don't miss what's happening**

People on Twitter are the first to know.

Log in     Sign up





**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

The Remote Clan

Guide    Tools    Podcast    Stories    Newsletter    |    Log In    Sign Up

Welcome! We are helping each other build remote careers. Are you looking to build one?

Join Us!

Know more

📌 **Pinned Threads**

🏆 Leaderboard

🤖 News Feed

👉 Getting Started

📝 Community Guidelines

▲
10    **Zoom cashes in on its pandemic success with 'Zapps' and events**    Tools

🌐 Shahul Rashik | 6 comments

Ever since the pandemic began, everything from concerts to classes has made the transition to Zoom. At one point, I even used Zoom to reach out to my buddy next door! It is evident that Zoom is being used for various events rather than just for business meetings or conferences.

Now Zoom attempts to put a stronghold on this massive audience by introducing a new set of features during its Zoomtopia 2020 event.



**Hrishikesh Pardeshi**
@hrishiptweets

Zoom made 2 major announcements towards building an ecosystem for developers & content creators

Quick update below

twitter.com/ericsyuan/stat...

@zoom_us #Zoom

**Eric S. Yuan** ✔ @ericsyuan

Today at #Zoomtopia, I was so proud to share all the incredible things the @Zoom team has been working on: OnZoom, Zapps, E2EE, customizable SDK, and enhancements to our UCaaS platform for meetings, phone & webinar.

lnkd.in/gwsjMpu lnkd.in/gTXJ-58

10:34 PM · Oct 14, 2020                                                  ⓘ

♡ 16      👤 See Hrishikesh Pardeshi's other Tweets

## Zoom + Apps = Zapps

Zoom introduced 'Zapps' that enables users to directly integrate into third-party platforms including Dropbox, HubSpot, Salesforce, and also this week's top product— LucidSpark. This will allow seamless idea-sharing and facilitates easier collaboration without ever leaving Zoom's interface.

## Competition for EventBrite

Zoom also launched OnZoom, an online event platform and marketplace. With this platform, hosts can grow their businesses, expand their reach, and most importantly, they'll also be able to charge for events.

Hosts can add event features such as chat, polls, reactions, and question-and-answer to create a more immersive experience for participants. Meanwhile, consumers can use OnZoom to discover classes, concerts & workshops. Does it mean my Zumba classes will no longer be free? :/



**Zoom** ✔
@zoom_us

Replying to @zoom_us

We are so excited to announce OnZoom: a marketplace for immersive experiences and events.

Introducing OnZoom: A Marketplace for Immersive Experiences - Zoom Blog
Introducing OnZoom, a comprehensive solution for paid Zoom users to c…
🔗 blog.zoom.us

8:29 AM · Oct 14, 2020                                                ⓘ

## Back to School

Want to recreate a classroom or courtroom experience on Zoom? With Immersive Scenes, you can now set a custom background theme for meetings or create layouts where participant videos are embedded within a scene that everyone shares, like classrooms, etc. Looks cool, isn't it?



**Zoom** ✓
@zoom_us

Replying to @zoom_us

More immersive, engaging, and collaborative meetings — we have new platform enhancements to give you all of the above.

UCaaS Platform: What's New for Meetings, Phone & Webinar - Zoom Blog
Zoom is unveiling new UCaaS platform enhancements that are designed …
🔗 blog.zoom.us

8:50 AM · Oct 14, 2020                                                ⓘ

*What do you think about these new updates?*

| Paragraph ⌄ | 🖼 🔗 | 😊 | <> |
| --- | --- | --- | --- |

You must be logged in to leave a comment.

P                                                              POWERED BY TINY

Post Comment

[-] ▲ Team at Zapier, probably when they see Zoom's new app play:
   5



👤 justin-465 ✈ | link

[-] ▲ Haha, Zapier is not going to be too happy about this 😊
   4
   🌐 shahul | link

[-] ▲ Also this -
   3



Wade Foster ✔
@wadefoster

Anyone need some branding help? Zapier's got you covered!



hrishikesh ✈ | link

[-]  ▲  Haha I was thinking the same...
  1   Zoom Apps = Zaps... As if Zapier didn't exist :D

     I guess the mainstream user won't see it.

     But for me, Zaps = Zapier.

     👤 Borisov91 ✈ | link

   [-]  ▲  A 100%. I assumed that Zoom found that market enticing and decided to enter it.
     2   Then read the description and facepalm 😅

         👤 karthik ✈ | link

[-]  ▲  The classroom is a great idea, hats off for that!
  1   👤 Borisov91 ✈ | link